IN THE [CIRCUIT] COURT OF CRITTENDEN COUNTY ARKANSAS

STATE OF ARKANSAS    )  SS
COUNTY OF CRITTENDEN )

# SEARCH AND SEIZURE WARRANT

TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THE STATE OF ARKANSAS

On Affidavit, which is hereby incorporated by reference, having been made before me, by Agent Ishmael Clay III of the 2nd Judicial District Drug Task Force / West Memphis Police Department, that on the property of 2907 Dickson Street, West Memphis, AR, 72301 and a black male named Robert Shaw with the date of birth 6/24/1980. There is now being concealed certain property which are being possessed illegally as described in the Uniform Controlled Substance Act of the Arkansas State Statutes.

1. Including, but not limited to Marijuana, Mushrooms, and Fentanyl or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana, Mushrooms, and Fentanyl.
2. Books, records, receipts, notes, ledgers, and other papers related to the transportation, purchase, and distribution of controlled substances, in particular Marijuana, Mushrooms, and Fentanyl.
3. Photographs, in particular photographs of co-conspirators, assets, and/ or controlled substances, in particular Marijuana, Mushrooms, and Fentanyl.
4. Documents or evidence pertaining to occupancy, residency, and/ or ownership of the premises described above.
5. Firearms, Firearm accessories, and ammunition.
6. Surveillance equipment, attachments, DVR's, hardware, and software services from a provider on the internet (Cloud Computing) concerning the manufacturing / distribution of a controlled substance.
7. Also, all other instrumentalities, money, records, cellular phones, electronic equipment, digital media, and electronic storage devices.

and that because the Affidavit demonstrates reasonable cause to believe that the above conditions do exist, a Search and Seizure Warrant should be issued.

YOU ARE HEREBY COMMANDED AND DIRECTED TO SEARCH:

For these reason, the affiant prays that a warrant be issued for a search of 2907 Dickson Street, West Memphis, AR, 72301 and a black male named Robert Shaw with date of birth 6/24/1980 to seize concealed certain property including but not limited to Marijuana, Mushrooms, and Fentanyl and/or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana, Mushrooms, Fentanyl which are being possessed illegally as described in the Uniform Controlled Substance Act of the Arkansas state statutes. Also all other instrumentalities, money, and records concerning the manufacturing, distribution of controlled substances is/are found

1

IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS

STATE OF ARKANSAS )
COUNTY OF CRITTENDEN )

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

Comes Agent Ishmael Clay III of the West Memphis Police Department / 2nd Judicial District Drug Task Force, and on his oath states that:

The undersigned, being duly sworn deposes and says: that he has reason to believe that: at the residence of 2907 Dickson Street West Memphis AR 72301 a person on the premises known as; the residence of Rickie Taylor located at:**2907 Dickson Street West Memphis Ar,72301**. A photograph of this residence has been made a part of this affidavit consisting of 4 pages.

The said residence is described as: The residence has grey wooding panels and black trim. The front door is a white door with a black security door. The front of the residence faces North with four windows West of the front door. The residence is going to be on the South side of the road of Dickson Street with the black numbers 2907 on the mailbox. The residence 2907 Dickson Street is the third most residence on the South side of the street as you travel East on Dickson Street from its intersection with Dickson Street and North Walker Street Located in West Memphis, AR. Located in the county of Crittenden, state of Arkansas, there is now being concealed **certain property which are being possessed illegally as described in the uniform controlled substance act of Arkansas.**

1. Including, but not limited to Marijuana, Mushrooms, and Fentanyl or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana, Mushrooms, and Fentanyl.
2. Books, records, receipts, notes, ledgers, and other papers related to the transportation, purchase, and distribution of controlled substances, in particular Marijuana, Mushrooms, and Fentanyl.
3. Photographs in particular photographs of co-conspirators, assets, and/ or controlled substances, in particular Marijuana, Mushrooms, and Fentanyl.
4. Documents or evidence pertaining to occupancy, residency, and/ or ownership of the premises described above.
5. Firearms, Firearm accessories, and ammunition.
6. Surveillance equipment, attachments, DVR's, hardware, and software services from a provider on the internet (Cloud Computing) concerning the manufacturing / distribution of a controlled substance.
7. Also, all other instrumentalities, money, records, cellular phones, electronic equipment, digital media, and electronic storage devices.

there, to seize said evidence and records and leave a copy of this warrant for the owner or occupant if found to be in possession of said evidence and make a return of this warrant within five (5) days thereafter and to store such property as required by law.

Having found reasonable cause to believe that the said evidence described herein will be found you are hereby commanded to search the residence, at any time between the hours of 6:00 A.M. and 8:00 P.M.

This Warrant shall be served within **15** days.

Signed by me at **7:85** **pm** on this day **12** of **MARCH, 2025**

*[signature]*
2nd Judicial District Circuit Court Judge

Facts Constituting Probable Cause.

1. I, Ishmael ??????, am a Detective with the Narcotics Division of the West Memphis Police Department and have been employed since January 2018. I am currently assigned to the 2nd Judicial District Drug Task Force and have been since October 2022. I was previously assigned to the West Memphis Police Department Patrol Division. I successfully completed the Law Enforcement Training Academy (LETA) in West Memphis, AR in September 2018. During my tenure in law enforcement, I have received training in conducting investigations relating to the importation, manufacture, distribution, and possession of narcotics. I received training in conducting surveillance and writing and drafting warrants. I have been a part of the seizures of many types of narcotics, bulk United States Currency, illegal weapons, and firearms, as well as collection of other evidence relating to drug trafficking crimes. I have established and managed confidential informants that have led to probable cause arrests. This affidavit does not contain all the information discovered during this investigation, but only that it is believed necessary to provide probable cause for a search warrant.

2. On March 12, 2025, Agents with the 2nd Judicial Drug Task Force executed a search warrant at 402 North 35th Street. While executing the search warrant agents located large amounts of marijuana, mushrooms, suspected fentanyl pills, scales, a money counter, and firearm in the residence.

3. Agents had been conducting surveillance on the residence prior to serving the search warrant. Agents observed multiple vehicles coming to the residence and staying short periods of time. Through my training and experience I know this to be common with narcotic sales. Agents also observed a black male in a white Infiniti sedan frequenting the residence. Agents located the residence of were the black male (Robert Shaw) would return and stay at 2907 Dickson Street. Agents observed Shaw leaving Dickson multiple times to go to 402 North 35th Street and meet several vehicles for a short amount of time and then return to 2907 Dickson Street. Agents were able to identify the residence of 402 North 35th Street to be a stash house for narcotics. Through my training and experience I know it to be common that drug dealers keep the narcotics and currency separated.

4. Agents have identified Robert Shaw as a source of supplying narcotics through the arrest of ????? Mosley. Agents were able to located multiple messages and calls between Shaw and Mosley. In the messages Mosley would meet Shaw and purchase large amounts of narcotics at the residence or "shop" on North 35th

- Street Ag[...] has knowledge of Shaw taking multiple trips outside of the residence [...] 2907 Dickson Street.

5. Shaw was [...] leaving the residence on [...] Street. Agents located a large amount of US currency on his person and a large amount of marijuana inside of the vehicle.

6. Agents also conducted a trash pull on the trash can sitting on the curb in front of 2907 Dickson Street and located multiple large one pound vacuum seal bags containing marijuana residue.

7. Photograph of the front (West side)



For these reasons, the Affiant prays that a warrant be issued for a search of 2907 Dickson Street West, Memphis, AR 72301 seize concealed certain property including, but not limited to marijuana, a [...] and fentanyl and/or material items illegally used or intended to be used for consumption, inhalation, ingestion, packaging, trafficking, transporting, and [...] storing of marijuana, mushrooms, or fentanyl which are being possessed illegally under [...] the uniform controlled substance act of the Arkansas state statutes. Also [...] paraphernalia, money, and records concerning the manufacturing and [...] of a controlled substance, and that said warrant be issued for a

search of the [illegible] residence, time anything between the hours of 6:00 A.M. and 8:00 P.M.

_____ 243
                        Affiant

Sworn to before me and subscribed in my presence.

_____
Circuit Judge

3/12/25  7:34 PM
Date

**ITEM SEIZED REPORT**

Page 1 of 1

Officer Serving Warrant: I. Clay — Department: 2nd DTF
Officer Recording: N. Castle — Department: 2nd DTF
Defendant/Suspect: Robert Shaw — Address: _____ — DOB: 6/24/86
Date of Search: 03/13/25 — SS#: _____
Time of Search: 7:45 PM — Time Exited: 9:02
Officers Present: Clay, Counce, Bradley, Bash, Langston, Castle — Department(s): 2nd DTF

| ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|
| Box of Marijuana | Dinning Room | 7:56 PM | Clay |
| Black bookpack w/ money | Kitchen inside stove | 7:58 PM | Clay |
| Duffel Bag w/ weed, 2 boxes of Arc rolls, Jar of Marijuana | Closet (Northeast Bedroom) | 8:12 PM | Bradley |
| 3 cellphones | Closet (Northeast Bedroom) | 8:12 PM | Bradley |
| Fentanyl Patches | Closet (Northeast Bedroom) | 8:12 PM | Bradley |
| 4 Boxes of THC Vapes | Closet (Northeast Bedroom) | 8:12 PM | Bradley |
| Assorted Ammo and Jacket | Closet (Northeast Bedroom) | 8:12 PM | Clay |
| Scale and Baggies | Folding Table (Northeast Bedroom) | 8:17 PM | Counce |
| Half M30 Pill/Scale | Above Kitchen Cabinet | 8:25 PM | Clay |
| 2 Large boxes of Marijuana | Bathroom (Northeast Bedroom) | 8:31 PM | Langston |
| 2 Jars of THC Concentrate | Bathroom (Northeast Bedroom) | 9:35 PM | Clay |