IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS

STATE OF ARKANSAS      )     SS
COUNTY OF CRITTENDEN   )

# SEARCH AND SEIZURE WARRANT

TO ANY SHERIFF, CONSTABLE, OR POLICEMAN IN THE STATE OF ARKANSAS

On Affidavit having been made before me, by Agent Cecil Langston Jr of the 2nd Judicial District Drug Task Force / West Memphis Police Department, that on the property of 402 North 35th Street West Memphis Ar,72301 . There is now being concealed certain property which are being possessed illegally as described in the uniform controlled substance act of the Arkansas state statutes.

1. **Specifically, Marijuana and Fentanyl or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana and Fentanyl.**
2. **Books, records, receipts, notes, ledgers, and other papers related to the transportation, purchase, and distribution of controlled substances, in particular Marijuana and Fentanyl.**
3. **Photographs, in particular photographs of co-conspirators, assets, and/ or controlled substances, in particular Marijuana and Fentanyl.**
4. **Documents or evidence pertaining to occupancy, residency, and/ or ownership of the premises described above.**
5. **Firearms, Firearm accessories, and ammunition.**
6. **Surveillance equipment, attachments, DVR's, hardware, and software services from a provider on the internet (Cloud Computing) concerning the manufacturing / distribution of a controlled substance.**
7. **Also, all other instrumentalities, money, records, cellular phones, electronic equipment, digital media, and electronic storage devices.**

and that because the Affidavit demonstrates reasonable cause to believe that the above conditions do exist, a Search and Seizure Warrant should be issued.

YOU ARE HEREBY COMMANDED AND DIRECTED TO SEARCH:

For these reason, the affiant prays that a warrant be issued for a search of 402 North 35th West Memphis Ar,72301 to seize concealed certain property namely Marijuana and Fentanyl or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana and Fentanyl which are being possessed illegally as described in the uniform controlled substance act of the Arkansas state statutes. Also all other instrumentalities, money, and records concerning the manufacturing / distribution of controlled substances is/are found there, to seize said evidence and records and leave a copy of this warrant for the owner or occupant if found to be in possession of said evidence and make a return of this warrant within five (5) days thereafter, and to store such property as required by law.

1

Having found reasonable cause to believe that the said evidence described herein will be found you are hereby commanded to search the residence, at any time between the hours of 6:00 A.M. and 8:00 P.M.

This Warrant shall be served within __15__ days.

Signed by me at __12:15__ ~~am~~/pm on this day __8__ of __MARCH__, 2025

_____
2nd Judicial District Circuit Court Judge