IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS

STATE OF ARKANSAS )
COUNTY OF CRITTENDEN )

### AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

Comes Cecil Langston Jr of the West Memphis Police Department / 2nd Judicial District Drug Task Force, and on his oath states that:

The undersigned, being duly sworn deposes and says: that he has reason to believe that; at the residence of 402 North 35th Street West Memphis Ar 72301 a person on the premises known as; the residence of Five C Holding LLC located at:**402 North 35th Street West Memphis Ar,72301.** A photograph of this residence has been made a part of this affidavit consisting of 4 pages.

The said residence is described as: The tan brick house with Grey wooding on a small portion of the left side of the house facing west.. The front of the residence faces East with four windows and a door between the the four windows. The residence is going to be on the west side of the road of 35th Street with the black numbers 402 on the left side of the door. The residence 402 North 35th is the fifth most residence on the west side of the street as you travel north on 35th Street from its intersection with 35h Street and Beatty Street located in West Memphis, AR. Located in the county of Crittenden, state of Arkansas, there is now being concealed **certain property which are being possessed illegally as described in the uniform controlled substance act of Arkansas.**

1. **Specifically, Marijuana and Fentanyl or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of Marijuana.**
2. **Books, records, receipts, notes, ledgers, and other papers related to the transportation, purchase, and distribution of controlled substances, in particular Marijuana and Fentanyl.**
3. **Photographs, in particular photographs of co-conspirators, assets, and/ or controlled substances, in particular Marijuana and Fentanyl.**
4. **Documents or evidence pertaining to occupancy, residency, and/ or ownership of the premises described above.**
5. **Firearms, Firearm accessories, and ammunition.**
6. **Surveillance equipment, attachments, DVR's, hardware, and software services from a provider on the internet (Cloud Computing) concerning the manufacturing / distribution of a controlled substance.**
7. **Also, all other instrumentalities, money, records, cellular phones, electronic equipment, digital media, and electronic storage devices.**

Facts Constituting Probable Cause:

1. I, Cecil Langston, am a detective with the Narcotics Division of the West Memphis Police Department and have been employed since August 2020. I am currently assigned to the 2nd Judicial District Drug Task Force and have been since September 2021. I was previously assigned to the West Memphis Police Department Patrol Division. I successfully completed the Law Enforcement Training Academy (LETA) in Pocahontas, AR in November 2020. During my tenure in law enforcement, I have received training in conducting investigations relating to the importation, manufacture, distribution, and possession of narcotics. I received training and conducting surveillance. I have been involved in seizures of many types of narcotics, bulk United State Currency, illegally possessed firearms, as well as collection of other evidence relating to drug trafficking crimes. I have established and managed confidential informants, made probable cause arrests, prepared arrest warrants, and prepared search warrants. This affidavit does not contain all the information discovered during this investigation, but only that believed necessary to provide probable cause for a search warrant.

2. On February 19th, 2025 Agents received information that was received from a crime stoppers tip from North 35th street in reference to a Grandmother (Dorthy Martin) stating her granddaughter (Kaniah Bond) DOB 03/20/03 overdosed at her residence 2104 Gathings Street, West Memphis,72301. Ms. Martin stated Bond went with (Bradford Cooley) to 35th Street to get pills. Shortly after Bond overdosed and was transported to regional by her family. Agents conducted surveillance on 35th street and observed Cooley coming from 402 North 35th Street.

3. On March 7th, 2025, at approximately 5.00 am Agents conducted a trash pull from the residence. The garbage was at the edge of the road facing east of the residence. Agents have video of the trash on the side of the road with the trash being open to the public. Agents brought the trash back to the office and recorded 6 large black vacuum sealed bags with marijuana residue inside. Agents also located 2 small clear vacuum sealed bags as well. Different bags had different labels as of (Cereal Milk),(B-Conan9) and also (24K9). Agents know these names to be different strands of marijuana. Agents also know the packaging to be pound marijuana from previous experience. Agents did a probation search on a subject in relation ot this same complaint at 1920 east Barton Street on a (James Mosley). Agents learned that the subjects selling narcotics on 35th Street also was notifying the arrestee Mosley to come to 35th street to purchase narcotics via text messages. The narcotics found on the probation search at 1920 East Barton matched the same packaging at 402 North 35th Street in the trash pull.

## Non-Disclosure Request

4. I also request the Court to enter an order that all papers in support of this application, including the affidavit and warrant, be sealed, save its legal counsel for the purpose of receiving legal advice. 18 U.S.C. § 2705(b) authorizes the Court to issue this order. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets and opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify co-conspirators or otherwise seriously jeopardize the investigation.

1. Photograph of the front (West side)



For these reason, the affiant prays that a warrant be issued for a search of 402 North 35th Street West Memphis, Ar 72301 seize concealed certain property namely marijuana and or material items illegally used or intended to be used for the consumption, inhalation, ingestion, packaging, trafficking, transporting, and manufacturing of fentanyl which are being possessed illegally as described in the uniform controlled substance act of the Arkansas state statutes. Also, all other instrumentalities, money, and records concerning the manufacturing / distribution of controlled substance, and that said warrant be issued for a search of the above described location anytime between the hours of 6:00 A.M. and 8:00 P.M.

_____
Affiant

Sworn to before me, and subscribed in my presence,

_____        3/8/25   12:10 PM
Notary Public                           Date
CIRCUIT JUDGE