# ITEM SEIZED REPORT

Page __1__ of __1__

Officer Serving Warrant: C. Langston #241  Department: 2nd DTF
Officer Recording: Langston  Department: 2nd DTF
Defendant/Suspect: Robert Shaw  Address: ___
Date of Search: 3/13/25  SS#: ___  DOB: 6/24/80
Time of Search: 6:13 PM  Time Exited: 6:56 PM
Officers Present: Langston, Bradley, Counce, Castle  Department(s): 2nd DTF

| ITEM SEIZED | LOCATION OF ITEM SEIZED | TIME | OFFICER |
|---|---|---|---|
| Black Garbage Bag Large Amount of Marijuana | Add on Room | 6:15 PM | Langston |
| Red backpack w/ Large amount of Marijuana | Kitchen above fridge | 6:18 PM | Counce |
| Vacuum Sealer | Cabinet above fridge (kitchen) | 6:20 PM | Langston |
| Vacuum Sealer | Lower Cabinet next to sink (kitchen) | 6:20 PM | Langston |
| Pink Donut Box marijuana | Kitchen Table | 6:23 PM | Counce |
| Fent, Shrooms, Scales, Baggies Bag of Marijuana | Kitchen Counter/Cabinet | 6:24 PM | Langston |
| Anderson Arm 7.62 AR Pistol | Kitchen Cabinet above Stove | 6:26 PM | Counce |
| Vacuum Sealed Marijuana | Kitchen Cabinet above washer | 6:28 PM | Castle |
| THC Gummies Shrooms, Marijuana, | Southwest Bedroom | 6:31 PM | Langston |
| Phones, money counter Rubberbands, money, | ~~Northwest Bedroom~~ | ~~6:41 PM~~ | ~~Counce~~ |
| Periodic Table of Cannabis | Northwest Bedroom | 6:41 PM | Counce |
| Box containing FedEx box | Trashcan Southeast of Residence | 6:50 PM | Counce |